No. 44. PARAMINO LUMBER CO. ET AL. *v.* MARSHALL, DEPUTY COMMISSIONER. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Cassius E. Gates* and *Edward G. Dobrin* for petitioners. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Messrs. Henry A. Julicher* and *Charles Fahy* for respondent.

No. 45. KANSAS EX REL. BECK, ATTORNEY GENERAL, ET AL. *v.* OCCIDENTAL LIFE INSURANCE CO. ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Clarence V. Beck, John L. Hunt,* and *John G. Egan* for petitioners. *Messrs. George E. Brammer, Joseph Brody,* and *Clyde B. Charlton* for Occidental Life Ins. Co., and *Mr. T. M. Lillard* for Clyde W. Miller et al., respondents.

No. 46. WILLIAM B. SCAIFE & SONS CO. *v.* DRISCOLL, COLLECTOR. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. James M. Magee* and *Edmund W. Arthur* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Paul S. McMahon* for respondent.

No. 47. GUETTEL ET AL. *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Maurice H. Winger* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* and *Helen R. Carloss* for the United States.